FILED

SEP 13 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CL 3982 DMS |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Sec. 1001(a)(2) — |
| MOHAMED SOLTAN, | **False Statement (Felony)** |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about June 2, 2014, within the Southern District of California, Defendant MOHAMED SULTAN knowingly and willfully made a materially false statement in a matter within the jurisdiction of the executive branch of the United States Government, to wit: the Social Security Administration (SSA), by falsely stating during a redetermination of eligibility for benefits interview with an SSA employee that beneficiary F.H.S. had not been outside of the United States for a calendar month, or for more than 30 consecutive days, since July 1, 2013, when in truth and in fact, as Defendant then and there knew, F.H.S. had been outside of the United States for more than 30

consecutive days, all in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: September 13, 2018.

ADAM L. BRAVERMAN
United States Attorney

*/s/ Lisa J. Sanniti*

Lisa J. Sanniti
Special Assistant U.S. Attorney